ACCEPTED
04-16-00329-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/30/2016 11:43:35 AM
KEITH HOTTLE
CLERK

# Christopher J. Weber

*A Limited Liability Company*

## Attorneys at Law

9150 Dietz-Elkhorn Road
Fair Oaks Ranch, Texas 78015-4904
210-892-3176 Telephone
830-981-9160 Telecopier

CHRISTOPHER J. WEBER
*Licensed in Texas and Illinois*
e-mail: cweber@logcabinlaw.com

THOMAS L. PLACIER
*Licensed in Texas*
e-mail: tplacier@logcabinlaw.com

SHANNON L. GREENAN
*Licensed in Texas*
e-mail: sgreenan@logcabinlaw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/30/2016 11:43:35 AM
KEITH HOTTLE
Clerk

August 30, 2016

The Honorable Donna Kay McKinney                    ***Via E-Service***
Bexar County District Clerk
      Attn: CIVIL APPEALS
Paul Elizondo Tower
101 W. Nueva St., Ste. 217
San Antonio, Texas 78205

> **Re:**     **Cause No. 2015-CI-13299; *C.A.U.S.E., (A Texas Unincorporated Nonprofit Association) v. Village Green Homeowners Association, Inc.*; In the 45th Judicial District Court of Bexar County, Texas**
>
>         **Request for Correcting the Clerk's Record for Court of Appeals Number 04-16-00329-CV**

Dear Ms. McKinney:

On or about June 7, 2016, Plaintiff submitted a request for the Clerk's Record to be prepared and submitted to the Fourth Court of Appeals, in congruence with TRAP 34.5(a).

Therein, Plaintiff sought the following, amongst other items:

10.     Plaintiff C.A.U.S.E.'s Motion for Determination of Law Pursuant to Rules 175 and 248 of the Texas Rules of Civil Procedure and/or Alternatively Traditional Motion for Partial Summary Judgment, filed 2/23/2016;
AND

13.     Plaintiff C.A.U.S.E.'s Response to Defendant Village Green Homeowners Association, Inc.'s Traditional Motion for Final Summary Judgment, filed 3/7/2016.

Plaintiff also specifically requests that "all exhibits filed with the afore-referenced items be included as a part of the Clerk's Record as well".

In a recent review of the Clerk's Record that was submitted to the Fourth Court of Appeals, the following exhibits are <u>missing</u> from the afore-referenced requested items:

1.     For Item 10, Exhibit 5C (and the exhibits thereto, i.e. 'A' through 'D') is missing. This Exhibit 5C should have been after Exhibit 5B and before Exhibit 6, which would equate with Record Page 389. Instead, there is a letter dated/filed on February 23, 2016, demonstrating a continuation of the exhibits. Exhibit 5C is 30 pages in

length.

2. For Item 13, Exhibits 5C (and the exhibits thereto, i.e. 'A' through 'D'), 6,7,8,9 (and the exhibits thereto, i.e. 9(a) through 9(f)), and 10 (and exhibit 10(a)) are entirely missing. Exhibit 5C is 30 pages in length. Exhibit 6 is 11 pages in length. Exhibit 7 is 20 pages in length. Exhibit 8 is 3 pages in length. Exhibit 9 is 35 pages in length. Exhibit 10 is 7 pages in length.

Plaintiff is requesting that the Clerk's Record be supplemented with a complete and accurate version of Item 10 and Item 13 as delineated above, with all Exhibits included in their entirety, as soon as possible. These Items, in their entirety, with all exhibits attached, are necessary and integral to the appeal.

This request for corrections/supplementation to the Clerk's Record is made pursuant to TRAP 34.5(b), (c), (d) and 35.3.

Please notify Mr. Weber of any additional costs associated with the corrections/supplementation of the Clerk's Record so that arrangements can be made to pay for same, as appropriate.

If there are any questions related to the foregoing, please contact Mr. Weber.


Very truly yours,

/s/ Shannon Greenan
Shannon Greenan


cc: Clerk, Fourth Court of Appeals     Via E-Service/210-335-2762

   Shavonne L. Smith         Via E-Service
     Counsel for Defendant/Appellee